Doc No 4237361  03/17/2006 04:00 PM
Certified filed and or recorded on above date:
Office of the Registrar of Titles
Hennepin County, Minnesota
Michael H. Cunniff, Registrar of Titles

| | TransID 200986 | Deputy 33 |
|---|---|---|
| New cert | Cert | Fees |
| 1178186 | 725741 | $1.50 AF |
| | | $5.00 ConsFee |
| | | $10.50 STATEFEE |
| | | $0.00 TSUR |
| | | $34.00 TTRANSFEE |
| | | $51.00 Total |

EXHIBIT A

725741

STATE DEED TAX DUE HEREON: $ 100.00

Date: 12-15-2003

QUITCLAIM DEED TO JOINT TENANTS

FOR VALUABLE CONSIDERATION, EVELYN KNIGHT, UNMARRIED _____, (marital status) _____ Grantor(s), hereby convey(s) and quitclaims(s) to DARLA E. GRAVDAL, UNMARRIED _____, Grantee(s), as joint tenants, real property in HENNEPIN _____ County, Minnesota, described as follows:

LOT 14, BLOCK 1, HARVEY'S ADDITION TO MINNEAPOLIS, HENNEPIN COUNTY, MINNESOTA

Together with all hereditaments and appurtenances belonging thereto, subject to the following exceptions:

SELLER(S) CERTIFY THAT SELLER(S) HAS/HAVE NO KNOWLEDGE OF WELLS ON SUBJECT PROPERTY

(Affix Deed Tax Stamp Here)

*Evelyn Knight*

EVELYN KNIGHT

Henn Co  SDT
CTR   # 10943
3/17/2006
Paid   $1.70

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN )

The foregoing was acknowledged before me this 15th day of December, by Evelyn Knight, unmarried, (marital status) Grantor(s), Grantor(s).

NOTARIAL STAMP OR SEAL

CAROLLETHA LOUISE HALL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

SIGNATURE OF PERSON TAKING ACKNOWLEDGMENT

THIS INSTRUMENT WAS DRAFTED BY (NAME & ADDRESS)

DARLA GRAVDAL
4328 IRVING AVE N
MINNEAPOLIS, MN 55412

Tax Statements for the real property described in this instrument should be sent to:

Darlla E. Gravdal,
4328 Irving Av. N.
Mpls., MN 55412

C.V. FILED _____ NOT REQ. X
2025 AND PRIOR TAXES PAID
TAXPAYER SERVICES
TRANSFER ENTERED

MAR 17 2006

HENNEPIN COUNTY MINN.
_____ DEPUTY

4237381

Doc No 4237842  03/20/2006 04:00 PM
Certified filed and or recorded on above date:
Office of the Registrar of Titles
Hennepin County, Minnesota
Michael H. Cunniff, Registrar of Titles

| | TransID 201472 | Deputy 20 |
| New cert | Cert | Fees |
| | 1178186 | $1.50 AF |
| | | $5.00 ConsFee |
| | | $10.50 STATEFEE |
| | | $34.00 TMTGFEE |
| | | $0.00 TSUR |
| | | $51.00 Total |

EXHIBIT B

11 78186

| MORTGAGE | Form No. 41-M | Minnesota Uniform Conveyancing Blanks (200- |
|---|---|---|
| By Individual | (Top Three Inches Reserved For Recording Data) | |

MORTGAGE REGISTRY TAX DUE: $
Date: 3-8-2006

☐ CHECK IF APPLICABLE. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, ENFORCEMENT OF THIS MORTGAGE IN MINNESOTA IS LIMITED TO A DEBT AMOUNT OF $_____ UNDER CHAPTER 287 OF MINNESOTA STATUTES.

THIS MORTGAGE ("Mortgage") is given by DARLA E. GRAVDAL
(Insert Name or Names of Borrower)
UNMARRIED _____, as mortgagor (whether one or
(Insert Marital Status)
more) ("Borrower"), to WORLDWIDE FUNDING & INVESTMENT
(Insert Name of Lender)
as mortgagee ("Lender"). In consideration of the receipt of Five Thousand, Six Hundred, Four
Dollars ($ 5,604.00        ) (Insert Amount of Indebtedness) (the "Indebtedness") from Lender, Borrower hereby mortgages
with power of sale, the real property in _____ County (Insert Name of County in which Property is located), Minnesota, described as follows (Insert Legal Description):

LOT 14, BLOCK 1, HARVEY'S ADDITION TO MINNEAPOLIS,
HENNEPIN COUNTY, MINNESOTA

Together with all hereditaments and appurtenances belonging thereto (the "Property"), subject to:
(a) Covenants, conditions, restrictions (without effective forfeiture provisions) and declarations of record, if any;
(b) Reservations of minerals or mineral rights by the State of Minnesota, if any;
(c) Utility and drainage easements which do not interfere with present improvements;
(d) Applicable laws, ordinances and regulations;
(e) The lien of real estate taxes and installments of special assessments not yet due and payable; and
(f) The following liens or encumbrances, if any (Insert Encumbrances):

Henn Co    MRT
CTR    # 10978
3/17/2006
Paid    $13.45

Borrower covenants with Lender as follows:

1. **Repayment of Indebtedness.** If Borrower (a) pays the Indebtedness to Lender according to the terms of the promissory note or other instrument of even date herewith that evidences the indebtedness and all renewals, extensions and modifications thereto (the "Note"), final payment of which is due on 2-28-2007 (Insert Maturity Date); (b) pays interest on the Indebtedness as provided in the Note; (c) repays to Lender, at the times and with interest as specified, all sums advanced in protecting the lien of this Mortgage, if any; and (d) keeps and performs all the covenants and agreements contained herein, then Borrower's obligations under this Mortgage will be satisfied and Lender will deliver an executed satisfaction of Mortgage to Borrower. It is Borrower's responsibility to record any satisfaction of this Mortgage at Borrower's expense.

2. **Statutory Covenants.** Borrower makes and includes in this Mortgage the following covenants and provisions set forth Minnesota Statutes Section 507.15, and the relevant statutory covenant equivalents contained therein are hereby incorporated by reference:
(a) To warrant the title to the Property;

Mortgage (by Individual), Form No. 41-M (2004), Page 1

423842

Lender may declare the unpaid balance of the Note and the interest accrued thereon, together with all sums advanced hereunder, immediately due and payable without notice, and Borrower hereby authorizes and empowers Lender to foreclose this Mortgage by judicial proceedings or to sell the Property at public auction and convey the same in fee simple in accordance with Minnesota Statutes Chapter 580, and out of the monies arising from such sale, to retain all sums secured hereby; with interest and all legal costs and charges of such foreclosure and the maximum attorneys' fees permitted by law, which costs, charges and fees Borrower agrees to pay.

6. **Residential Mortgages.** Notwithstanding the provisions of Paragraph 5, if the Indebtedness is a "conventional loan" as defined in Minnesota Statutes Section 47.20, Subdivision 2(3), Borrower and Lender further covenant and agree as follows:

(a) Lender shall furnish to Borrower a conformed copy of the Note and this Mortgage at the time of execution or within a reasonable time after recordation hereof.

(b) Upon default by Borrower of any covenant or agreement under the terms of this Mortgage, Lender shall give notice to Borrower prior to foreclosure as provided in Paragraph 6(c) and such notice shall specify: (i) the nature of the default; (ii) the action required to cure the default; (iii) a date, not less than thirty (30) days from the date the notice is mailed to Borrower, by which the default must be cured; (iv) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Mortgage and sale of the Property; (v) that Borrower has the right to reinstate this Mortgage after acceleration; and (vi) that Borrower has the right to bring a court action to assert the non-existence of the default or any other defense of Borrower to acceleration and sale.

(c) In addition to any notice required under applicable law to be given in another manner, (i) any notice to Borrower provided for in this Mortgage shall be addressed to Borrower and given by mailing the notice via certified mail to the Property address (or to such other address as Borrower may designate by written notice to Lender as provided herein), and (ii) any notice to Lender shall be given by mailing the notice via certified mail to the following address (or to such other address as Lender may designate by written notice to Borrower as provided herein): 6713 COLFAX AVE N, BROOKLYN CENTER, MN 55430 _(Insert Lender's Address)._

7. **Governing Law; Severability.** This Mortgage shall be governed by the laws of Minnesota. In the event that any provision or clause of this Mortgage or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Mortgage or the Note which can be given effect without the conflicting provision.

8. **Additional Terms.** Check this box ☐ if Form 41.5 or any other Addendum (either one or more) containing additional terms and conditions is attached to this Mortgage. The number of additional attached pages is N/A _(Insert Number of Pages in Addendum)._ _(Note: If the foregoing box is not checked, then this Mortgage shall not contain any such additional terms and conditions.)_

Terms of this Mortgage will run with the Property and bind the parties hereto and their successors in interest.

BORROWER

_/s/ Darla E. Gravdal_
DARLA E. GRAVDAL

STATE OF MINNESOTA )
COUNTY OF HENNEPIN ) ss.

The foregoing instrument was acknowledged before me on 3-17-06 by Darla GRAVDAL _____ _(Insert Marital Status)_

_/s/ Jacqueline M Adams King_

Check here if part or all of the land is Registered (Torrens) ☐

THIS INSTRUMENT WAS DRAFTED BY (NAME & ADDRESS):

WORLDWIDE FUNDING & INVESTMENT
6713 COLFAX AVE N.
BROOKLYN CENTER, MN 55430

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK):

JACQUELINE MARIE ADAMS KING
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Mortgage (by Individual), Form No. 41-M (2004), Pr

**Doc No 4285586** 07/24/2006 03:00 PM
Certified filed and or recorded on above date:
Office of the Registrar of Titles
Hennepin County, Minnesota
Michael H. Cunniff, Registrar of Titles

| | TransID 240501 | Deputy 33 |
|---|---|---|
| New cert | Cert | Fees |
| 1186103 | 1178186 | $1.50 AF |
| | | $5.00 ConsFee |
| | | $10.50 STATEFEE |
| | | $0.00 TSUR |
| | | $34.00 TTRANSFEE |
| | | $51.00 Total |

EXHIBIT C

C.V. FILED ✓  NOT REQ. _____
2005 AND PRIOR TAXES PAID
TAXPAYER SERVICES
TRANSFER ENTERED

  1178186

JUL 20 2006

HENNEPIN COUNTY, MINN.
_____ DEPUTY

Henn Co    SDT
CTR   # 15610
7/24/2006
Paid   $374.00

**WARRANTY DEED**                     Form No. 1-M                          Minnesota Uniform
Individual(s) to Individual(s)      (Top 3 Inches Reserved for Recording Data)    Conveyancing Blanks (6/17/97)

DEED TAX DUE: $ **374.00** _____  [X] Total consideration is less than $500.00
Date: **05/19/06**
FOR VALUABLE CONSIDERATION,   **Darla E. Gravdal, a single person**
_____, Grantor,
hereby conveys and warrants to
                                                  **Andrei Gill, a single person**
_____, Grantee,
real property in _____**Hennepin**_____ County, Minnesota, described as follows:

Lot 14, Block 1, Harvey's Addition to Minneapolis, Hennepin County, Minnesota

together with all hereditaments and appurtenances belonging thereto, subject to the following exceptions:
**Restrictions, covenants, declarations, reservations, and easements of record, if any**

Check box if applicable:
[X] The Seller certifies that the Seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[X] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

04-029-24-21-0093 ST             _Darla E. Gravdal_ (signature)
                                                          Darla E. Gravdal

Affix Deed Tax Stamp Here

STATE OF MINNESOTA
COUNTY OF _____Washington_____ } ss

This instrument was acknowledged before me on **May 19, 2006**
                                                                        (Date)
by  **Darla E. Gravdal, a single person**

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

JOHN C. POVEJSIL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

SIGNATURE OF NOTARY PUBLIC OR OTHER OFFICIAL

Check here if all or part of the land is Registered (Torrens)  [X]

THIS INSTRUMENT WAS DRAFTED BY (NAME & ADDRESS):

Real Source Title, LLC
12 Long Lake Road #19
Mahtomedi, MN 55115
(651)765-1805

File No: 06-4383-MN   N285586

Tax statements for the real property described in this instrument should be sent to (include name and address of Grantee):

~~Darla E. Gravdal, a single person and~~ Andrei Gill, ~~a single person~~
1305 50th Avenue North
Brooklyn Center, MN 55430

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN: |
|---|---|
| | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
| | 6. FILE NUMBER: 06-4383-MN |
| | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0  3/03   (05-4383-MNLPFD06-4383-MNV50)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Andrei Gil, a single person | Darla E. Gravdal unmarried | GreenPoint Mortgage Funding, Inc.<br>981 Airway Court - Suite E<br>Santa Rosa, CA 95403 |

| G. PROPERTY LOCATION:<br>4328 Irving Avenue North<br>Minneapolis, MN 55412<br><br>Lot 14, Block 1, Harvey's Addition to Minneapolis,<br>Hennepin County, Minnesota | H. SETTLEMENT AGENT:<br>Real Source Title, LLC<br><br>PLACE OF SETTLEMENT<br>12 Long Lake Road #19<br>Mahtomedi, MN 55115 | I. SETTLEMENT DATE:<br>May 19, 2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 110,000.00 | 401. Contract Sales Price | 110,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 3,303.47 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes  05/20/06 to 10/17/06 | 376.61 | 406. City/Town Taxes  05/20/06 to 10/17/06 | 376.61 |
| 107. County Taxes  to | | 407. County Taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 113,680.08 | 420. GROSS AMOUNT DUE TO SELLER | 110,376.61 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 70,000.00 | 502. Settlement Charges to Seller (Line 1400) | 1,075.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to Worldwide Funding | 8,604.00 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Seller Paid 2% Closing Costs | 2,200.00 | 508. Seller Paid 2% Closing Costs | 2,200.00 |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes  to | | 510. City/Town Taxes  to | |
| 211. County Taxes  to | | 511. County Taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 72,200.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 11,879.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 113,680.08 | 601. Gross Amount Due To Seller (Line 420) | 110,376.61 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 72,200.00) | 602. Less Reductions Due Seller (Line 520) | ( 11,879.00) |
| 303. CASH ( X FROM )( TO ) BORROWER | 41,480.08 | 603. CASH ( X TO )( FROM ) SELLER | 98,497.61 |

By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement.

EXHIBIT D

Page 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price  $         @         % | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $         to | | | |
| 702. $         to | | | |
| 703. Commission Paid at Settlement | | | |
| 704.         to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee    %    to | | | |
| 802. Loan Discount   0.3800 %   to GreenPoint Mortgage Funding, Inc. | | 262.50 | |
| 803. Appraisal Fee   to Pro Point Appraisals | | 350.00 | |
| 804. Credit Report   to | | | |
| 805. Funding Fee   to GreenPoint Mortgage Funding, Inc. | | 295.00 | |
| 806. Tax Service Fee   to GreenPoint Mortgage Funding, Inc. | | 79.00 | |
| 807. Process/Admin Fee   to America's Lending Group | | 250.00 | |
| 808. | | | |
| 809. Flood Cert Fee   to GreenPoint Mortgage Funding, Inc. | | 11.00 | |
| 810. Underwriting Fee   to GreenPoint Mortgage Funding, Inc. | | 295.00 | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 05/19/06 to 06/01/06 @ $ 13.660000/day ( 13 days    %) | | 177.58 | |
| 902. Mortgage Insurance Premium for    months to | | | |
| 903. Hazard Insurance Premium for   1.0 years to Insurance ServiceMart, LLC   POC:B561.00 | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance   3.000 months @ $ 45.92 per month | | 137.76 | |
| 1002. Mortgage Insurance   months @ $   per month | | | |
| 1003. City/Town Taxes   months @ $   per month | | | |
| 1004. County Taxes   5.000 months @ $ 83.60 per month | | 418.00 | |
| 1005. Assessments   months @ $   per month | | | |
| 1006.   months @ $   per month | | | |
| 1007.   months @ $   per month | | | |
| 1008.   months @ $   per month | | -167.37 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee   to Real Source Title, LLC | | 250.00 | 250.00 |
| 1102. Abstract or Title Search   to Real Source Title, LLC | | | 150.00 |
| 1103. Title Examination   to Real Source Title, LLC | | 150.00 | |
| 1104. Wire Service Fee   to Real Source Title, LLC | | 25.00 | |
| 1105. Document Preparation   to | | | |
| 1106. Notary Fees   to | | | |
| 1107. Title Shipping Service Fee   to | | | |
| (Includes above item numbers: | | | |
| 1108. Title Insurance   to Stewart Title Guaranty Co. | | 210.00 | |
| (Includes above item numbers: | | | |
| 1109. Lender's Coverage   $ 70,000.00   210.00 | | | |
| 1110. Owner's Coverage   $ | | | |
| 1111. Name Search   to Real Source Title, LLC | | 20.00 | 20.00 |
| 1112. Plat Drawing   to Real Source Title, LLC | | 50.00 | |
| 1113. Assessment Search   to Real Source Title, LLC | | | 30.00 |
| 1114. Recording Service Fee   to Real Source Title, LLC | | 50.00 | 25.00 |
| 1115. Seller Financing Approval Fee   to Real Source Title, LLC | | 150.00 | 150.00 |
| 1116. Courier Fee   to Real Source Title, LLC | | 25.00 | 25.00 |
| 1117. | | | |
| 1118. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ 46.00; Mortgage $ 46.00;   Releases $ 46.00 | | 92.00 | 46.00 |
| 1202. City/County Tax/Stamps: Deed   ; Mortgage   168.00 | | 168.00 | |
| 1203. State Tax/Stamps:   Deed   374.00; Mortgage | | | 374.00 |
| 1204.   Recording Account | | | |
| 1205. Conservation Fee   to Recording Account | | 5.00 | 5.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey   to | | | |
| 1302. Pest Inspection   to | | | |
| 1303. Courier/Messenger Service Fee   Real Source Title | | | |
| 1304. Recording Service Fee   Real Source Title | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 3,303.47 | 1,075.00 |

Certified to be a true copy.

(06-4383-MN / 06-4383-MN / 50 )

JUL 2 5 2006

**MINNESOTA · REVENUE**

**Certificate of Real Estate Value**

PE20

Auditor use only 000931812

| Names of buyers (last, first, MI) | Address | Daytime phone |
|---|---|---|
| Gill, Andre | 1305 50th Ave N. Brooklyn Center 4328 Irving Ave N Mpls, MN | (612) 522-4882 |

| Names of sellers (last, first, MI) | Now address | Daytime phone |
|---|---|---|
| Grandal, Parla E. | 4328 Irving Ave N. Mpls MN | (612) 521-8169 |

| Street address or rural route of property purchased | City or township | County |
|---|---|---|
| 4328 Irving Ave N, Minneapolis MN 55412 | | Hennepin |

**1. Date of deed or contract:** 5-19-06

**Legal description of property purchased** (lot, block and plat) or attach 3 copies of the legal description:
Lot 14, Block 1 Harvey's Addn to Mpls

**Financial arrangements**

**2. Total purchase price:** 110,000.00

Was personal property included in purchase price (e.g., furniture, inventory, equipment)? ☐ Yes ☒ No

**3. Down payment:** 0

**4. Points or prepaid interest paid by seller:** 0

**5. Current value of personal property:** 0

**6. Type of acquisition** (check all that apply)
- ☐ Buyer and seller are relatives or related businesses
- ☐ Buyer or seller is religious or charitable organization
- ☐ Buyer or seller is unit of government
- ☐ Buyer purchased partial interest only
- ☐ Contract paid off or resold
- ☐ Name added or removed from deed
- ☐ Property condemned or foreclosed upon
- ☐ Property received as gift or inheritance
- ☒ Property received in trade
- ☐ Purchase agreement signed over two years ago

**7. Type of property transferred** (check all that apply)
- ☐ Land only
- ☒ Land and buildings
- ☐ Construction of new building after Jan. 1 of year of sale

**8. Planned use of property** (check one)
- ☒ Residential: single family
- ☐ Residential: duplex, triplex
- ☐ Cabin or recreational (noncommercial)
- ☐ Agricultural. Number of acres: _____ (attach Schedule PE20A).
- ☐ Apartment (residential, four or more units). Number of units: _____ (attach Schedule PE20A).
- ☐ Commercial-industrial. Type of business: _____ (attach Schedule PE20A).
- ☐ Other. Describe: _____ (attach Schedule PE20A).

**8a. Will this property be the buyer's principal residence?** ☐ Yes ☒ No

**Method of financing** (complete only if seller-financed, including contracts-for-deed and assumed mortgages)

| | Assumed mortgage | Contract for deed | Mortgage or contract-for-deed amount at purchase | Monthly payment (principal & interest) | Interest rate now in effect | Number of payments | Date of any lump-sum (balloon) payments |
|---|---|---|---|---|---|---|---|
| 9. | ☐ | ☐ | | | | | |
| 10. | ☐ | ☐ | | | | | |

**Sign here.** I declare under penalty of law that the information on this form is true, correct and complete to the best of my knowledge and belief.

Print name: P. Knutson
Date: 5/19/06
Daytime phone: 651-274-8400

**Counties: Complete this section.**

Primary property ID number: 04-029-24-21-0093

March 12, 2008

To: Darla Gravdal
    4328 Irving Avenue North
    Minneapolis, MN 55412

From: Andrei Gill
    7420 Unity Avenue North, Ste #201
    Brooklyn Park, MN 55443

Re: Property 4328 Irving Avenue North

This letter is to inform you as of June 1, 2008 you will have to start paying rent in the amount of $822.00 monthly.

I have made several attempts to set up a meeting so we can talk about this issue, but you have not kept the appointments that you agreed to. The meeting is about trying to get someone in your family or friend to purchase the home. I have tired to help you clean your credit up and when we did clean up your credit you put more collections on. Your personal credit is not strong enough to get financing because of all the collections. We are now back at the beginning and that means we start over.

This matter needs your immediately attention ASAP. In event you ignore this letter or in event you are unable to pay starting in June, the eviction process will start and you will have to move.

Sincerely,

Andrei Gill

EXHIBIT E