UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

KENNETH ROY KING, SR. and
JACQUELINE MARIE KING,        BKY 12-42842

       Debtors.

CHRISTENSEN LAW OFFICE, PLLC
as assignee for Darlla E. Gravdal,

       Plaintiff,        ADV 12-4198

-v.-
                                                     JUDGMENT
KENNETH ROY KING, SR.,

       Defendant.

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

    IT IS THEREFORE ORDERED AND ADJUDGED:

1.    The plaintiff shall recover from the defendant the sum of $2,960.00.

2.    The debt represented by this judgment is excepted from the defendant's discharge.

3.    This matter is dismissed with prejudice, on the merits, as to each and every party above-named, and without further costs to any party.

At:    Minneapolis, Minnesota.          Lori A. Vosejpka, Clerk
Dated: December 19, 2012.               United States Bankruptcy Court

                                                        By  /e/ Karen Krouch
                                                              Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/17/2012*
Lori Vosejpka, Clerk, by KK